# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

IN RE: SHERMAN COLEMAN

        v.

SCI ALBION

PETITION OF: SHERMAN
COLEMAN

: No. 566 WAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.